UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANONYMOUS OXFORD HEALTH
PLAN MEMBER WITH ID 36023604*01,
on behalf of himself and all others similarly
situated,

                       Plaintiff(s),            CASE NO. 08-CV-00943

    -against-                                 **AFFIDAVIT OF SERVICE**

OXFORD HEALTH PLANS (NY), INC.,
a New York Corporation, **ET AL.**,
                       Defendant(s).
------------------------------------------------------------X
STATE OF NEW YORK    )
                             s.s :
COUNTY OF NEW YORK  )

       JASON AGEE, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
       That on the 31st day of January, 2008, at approximately 11:25 a.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE; JUDGE'S RULES; ECF FILING INSTRUCTIONS and CLASS ACTION COMPLAINT together with EXHIBIT A** upon OXFORD HEALTH PLANS (NY), INC. c/o C.T. Corporation System-Registered Agent at 111 Eighth Avenue, New York, New York by personally delivering and leaving the same with Paula Kash, Senior Process Specialist, who is authorized by appointment to accept service.
       Paula Kash is a white female, approximately 55 years of age, is approximately 4 feet and 11 inches tall, weighs approximately 117 pounds, with long blonde hair and blue eyes and was wearing glasses.

Sworn to before me this
1st day of February, 2008

                                                          JASON AGEE #1196790

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010