UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANONYMOUS OXFORD HEALTH
PLAN MEMBER WITH ID 36023604*01,
on behalf of himself and all others similarly
situated,

                    Plaintiff(s),   CASE NO. 08-CV-00943

    -against-   **AFFIDAVIT OF SERVICE**

OXFORD HEALTH PLANS (NY), INC.,
a New York Corporation, **ET AL.**,
                    Defendant(s).
------------------------------------------------------------X
STATE OF NEW YORK   )
                          s.s :
COUNTY OF NEW YORK  )

     BOBBY ALI, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
     That on the 5th day of February, 2008, at approximately 12:40 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE; JUDGE'S RULES; ECF FILING INSTRUCTIONS and CLASS ACTION COMPLAINT together with EXHIBIT A** upon UNITED HEALTHCARE SERVICES, INC. c/o C.T. Corporation System-Registered Agent at 111 Eighth Avenue, New York, New York by personally delivering and leaving the same with Sattie Jairam, Process Specialist, who is authorized by appointment to accept service.
     Sattie Jairam is a brown-skinned female, approximately 45 years of age, is approximately 5 feet and 7 inches tall, weighs approximately 130 pounds, with medium length black hair and dark eyes and was wearing glasses.

Sworn to before me this
7th day of February, 2008

                                                   BOBBY ALI #871612

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010