UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Anonymous Oxford Health Plan Member with
ID#6023604*01
        Plaintiff,                                                                  08 CIVIL 00943
                                 -against-

Oxford Health Plans (NY), Inc., *et al.*

        Defendant.
-----------------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Eric B. Fisher

    *Attorney:* I am a U.S.D.C., Southern District of New York attorney. My Bar Number

    is: EF-1209

*Law Firm/Government Agency Association*

    From: Morgenstern Jacobs & Blue, LLC

    To: Morgenstern Fisher & Blue, LLC

    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    *Address:* 885 Third Avenue, 24th Floor, New York, NY 10022

    *Telephone Number:* 212-750-6776

    *Fax Number:* 646-349-2816

    *E-Mail Address:* efisher@mfbnyc.com

Dated: February 19, 2008