UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Anonymous Oxford Health Plan Member with
ID#6023604*01
        Plaintiff,                                                08 CIVIL 00943

-against-

Oxford Health Plans (NY), Inc., *et al.*

        Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Peter D. Morgenstern

    *Attorney:* I am a U.S.D.C., Southern District of New York attorney. My Bar Number

    is: PM-5021

*Law Firm/Government Agency Association*

    From: Bragar Wexler & Eagel, PC

    To: Morgenstern Fisher & Blue, LLC

    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    *Address:* 885 Third Avenue, 24th Floor, New York, NY 10022

    *Telephone Number:* 212-750-6776

    *Fax Number:* 212-208-6870

    *E-Mail Address:* pmorgenstern@mfbnyc.com

Dated: February 21, 2008