AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

ANONYMOUS OXFORD HEALTH PLAN
MEMBER WITH ID #6023604*01,
on behalf of himself and all
others similarly situated,

       Plaintiff,

 -against-

OXFORD HEALTH PLANS (NY), INC.,
a New York Corporation, et al.,

       Defendants.

**APPEARANCE**

Case Number: 08-CV-00943 (PAC)

DOCUMENT FILED ELECTRONICALLY

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants, OXFORD HEALTH PLANS (NY), INC., UNITED HEALTHCARE SERVICES, INC. and UNITED HEALTHCARE, INC.

I certify that I am admitted to practice in this court.

| 2/21/2008 | s/ |
|---|---|
| Date | Signature |
|  | Michael H. Bernstein     (MB-0579) |
|  | Print Name     Bar Number |
|  | Sedgwick, Detert, Moran & Arnold, 125 Broad St., 39th Fl. |
|  | Address |
|  | New York   NY   10004-2400 |
|  | City   State   Zip Code |
|  | (212) 422-0202   (212) 422-0925 |
|  | Phone Number   Fax Number |