UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ANONYMOUS OXFORD HEALTH PLAN MEMBER
WITH ID #6023604*01, on behalf of himself and all
others similarly situated,

                             Plaintiff,

          -against-

OXFORD HEALTH PLANS (NY), INC., a New York
Corporation, UNITED HEALTHCARE SERVICES,
INC., a Minnesota Corporation, and UNITED
HEALTHCARE, INC., a Delaware Corporation,

                            Defendants.
-----------------------------------------------------------------------X

Civ. Act. No. 08 CV 00943 (PAC)

**DEFENDANT OXFORD HEALTH PLANS (NY), INC.'S DISCLOSURE OF INTERESTED PARTIES PURSUANT TO RULE 7.1**

DOCUMENT
ELECTRONICALLY FILED

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, Oxford Health Plans (NY), Inc. ("Oxford"), certifies that UnitedHealth Group Incorporated is the corporate parent of Oxford which is publicly held and owns 10% or more of Oxford's stock.

Dated: New York, New York
       February 21, 2008

                             Yours, etc.

                             SEDGWICK, DETERT, MORAN & ARNOLD LLP

                             By: s/ _____
                                MICHAEL H. BERNSTEIN (MB-0579)
                                JOHN T. SEYBERT (JS-5014)
                                *Attorneys for Defendants*
                                125 Broad Street – 39th Floor
                                New York, New York 10004-2400
                                (212) 422-0202 telephone
                                (212) 44-0925 facsimile

TO:   Eric B. Fisher, Esq.
       Morgenstern, Fisher & Blue, LLC
       Attorneys for Plaintiff
       885 Third Avenue
       New York, New York 10022

# CERTIFICATE OF SERVICE

      I, John T. Seybert, hereby certify and affirm that a true and correct copy of the attached **DISCLOSURE OF INTERESTED PARTIES PURSUANT TO RULE 7.1** was served *via* ECF and regular mail on this 21st day of February, 2008, upon the following:

>Eric B. Fisher, Esq.
>Morgenstern, Fisher & Blue, LLC
>Attorneys for Plaintiff
>885 Third Avenue
>New York, New York 10022

>s/
>JOHN T. SEYBERT (JS-5014)

Dated:   New York, New York
           February 21, 2008

NY/520414v1