UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
ANONYMOUS OXFORD HEALTH PLAN MEMBER
WITH ID #6023604*01, on behalf of himself and all
others similarly situated,

                Plaintiff,

-against-

OXFORD HEALTH PLANS (NY), INC., a New York
Corporation, UNITED HEALTHCARE SERVICES,
INC., a Minnesota Corporation, and UNITED
HEALTHCARE, INC., a Delaware Corporation,

                Defendants.
----------------------------------------------------------------------X

Civ. Act. No. 08 CV 00943 (PAC)

**DEFENDANT UNITED HEALTHCARE, INC.'S DISCLOSURE OF INTERESTED PARTIES PURSUANT TO RULE 7.1**

DOCUMENT
ELECTRONICALLY FILED

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, UNITED HEALTHCARE, INC. ("UHI"), certifies that UnitedHealth Group Incorporated is the corporate parent of UHI which is publicly held and owns 10% or more of UHI's stock.

Dated: New York, New York
       February 21, 2008

                Yours, etc.

                SEDGWICK, DETERT, MORAN & ARNOLD LLP

                By:_____
                   MICHAEL H. BERNSTEIN (MB-0579)
                   JOHN T. SEYBERT (JS-5014)
                   *Attorneys for Defendants*
                   125 Broad Street – 39th Floor
                   New York, New York 10004-2400
                   (212) 422-0202 telephone
                   (212) 44-0925 facsimile

NY/520416v1

TO:    Eric B. Fisher, Esq.
        Morgenstern, Fisher & Blue, LLC
        Attorneys for Plaintiff
        885 Third Avenue
        New York, New York 10022

NY/520416v1

## CERTIFICATE OF SERVICE

      I, John T. Seybert, hereby certify and affirm that a true and correct copy of the attached **DISCLOSURE OF INTERESTED PARTIES PURSUANT TO RULE 7.1** was served *via* ECF and regular mail on this 21st day of February, 2008, upon the following:

> Eric B. Fisher, Esq.
> Morgenstern, Fisher & Blue, LLC
> Attorneys for Plaintiff
> 885 Third Avenue
> New York, New York 10022

                          JOHN T. SEYBERT (JS-5014)

Dated:   New York, New York
           February 21, 2008

NY/520416v1