UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ANONYMOUS OXFORD HEALTH PLAN MEMBER
WITH ID #6023604*01, on behalf of himself and all            Civ. Act. No.  08 CV 00943 (PAC)
others similarly situated,

                             Plaintiff,            **DEFENDANT UNITED**
                                                         **HEALTHCARE SERVICES, INC.'S**
                                                         **DISCLOSURE OF INTERESTED**
           -against-            **PARTIES**
                                                         **PURSUANT TO RULE 7.1**
OXFORD HEALTH PLANS (NY), INC., a New York
Corporation, UNITED HEALTHCARE SERVICES,
INC., a Minnesota Corporation, and UNITED            DOCUMENT
HEALTHCARE, INC., a Delaware Corporation,            ELECTRONICALLY FILED

                             Defendants.
-------------------------------------------------------------------------X

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and

magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel of record for defendant, UNITED HEALTHCARE SERVICES, INC. ("UHSI"), certifies

that UnitedHealth Group Incorporated is the corporate parent of UHSI which is publicly held and

owns 10% or more of UHSI's stock.

Dated: New York, New York
       February 21, 2008

                                 Yours, etc.

                                 SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                 By: s/ _____

                                   MICHAEL H. BERNSTEIN (MB-0579)
                                   JOHN T. SEYBERT (JS-5014)
                                   *Attorneys for Defendants*
                                   125 Broad Street – 39th Floor
                                   New York, New York 10004-2400
                                   (212) 422-0202 telephone
                                   (212) 44-0925 facsimile

TO:    Eric B. Fisher, Esq.
        Morgenstern, Fisher & Blue, LLC
        Attorneys for Plaintiff
        885 Third Avenue
        New York, New York 10022

## <u>CERTIFICATE OF SERVICE</u>

   I, John T. Seybert, hereby certify and affirm that a true and correct copy of the attached **DISCLOSURE OF INTERESTED PARTIES PURSUANT TO RULE 7.1** was served *via* ECF and regular mail on this 21st day of February, 2008, upon the following:

Eric B. Fisher, Esq.
Morgenstern, Fisher & Blue, LLC
Attorneys for Plaintiff
885 Third Avenue
New York, New York 10022

s/ _____
JOHN T. SEYBERT (JS-5014)

Dated:  New York, New York
     February 21, 2008