AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

ANONYMOUS OXFORD HEALTH PLAN
MEMBER WITH ID #6023604*01,
on behalf of himself and all
others similarly situated,

                     Plaintiff,

  -against-

OXFORD HEALTH PLANS (NY), INC.,
a New York Corporation, et al.,

                   Defendants.

**APPEARANCE**

Case Number: 08-CV-00943 (PAC)

DOCUMENT FILED ELECTRONICALLY

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants, OXFORD HEALTH PLANS (NY), INC., UNITED HEALTHCARE SERVICES, INC. and UNITED HEALTHCARE, INC.

I certify that I am admitted to practice in this court.

| 2/21/2008 | *[signature]* |
|---|---|
| Date | Signature |

| John T. Seybert | (JS-5014) |
|---|---|
| Print Name | Bar Number |

Sedgwick, Detert, Moran & Arnold, 125 Broad St., 39th Fl.
Address

| New York | NY | 10004-2400 |
|---|---|---|
| City | State | Zip Code |

| (212) 422-0202 | (212) 422-0925 |
|---|---|
| Phone Number | Fax Number |