UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ANONYMOUS OXFORD HEALTH PLAN MEMBER
WITH ID #6023604*01, on behalf of himself and all          Civ. Act. No.  08 CV 00943 (PAC)
others similarly situated,

                          Plaintiff,          **NOTICE OF MOTION
                                                 TO DISMISS PLAINTIFF'S
                                                 CLASS ACTION COMPLAINT**

         -against-

OXFORD HEALTH PLANS (NY), INC., a New York          DOCUMENT
Corporation, UNITED HEALTHCARE SERVICES,          ELECTRONICALLY FILED
INC., a Minnesota Corporation, and UNITED
HEALTHCARE, INC., a Delaware Corporation,

                         Defendants.
-------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that, upon the Declaration of Rodney Lippold sworn to

on April 14, 2008 and the exhibits annexed thereto, the Declaration of Michael Bernstein dated April

14, 2008 and the exhibit annexed thereto, and the accompanying Memorandum of Law In Support

Of Defendants' Motion To Dismiss, the defendants Oxford Health Plans (NY), Inc., United

Healthcare Services, Inc. ("UHSI") and United Healthcare, Inc. ("UHI"), by their attorneys,

Sedgwick, Detert, Moran & Arnold LLP, will move this Court at a time and date designated by the

Court,  before the Hon. Paul A. Crotty, U.S.D.J. at the United States Courthouse, Southern District

of New York, located at 500 Pearl Street, Courtroom 20-C, New York, New York 10007, for an

Order pursuant to FED. R. CIV. P. 12(b)(6) dismissing plaintiff's Class Action Complaint in its

entirety on the grounds that it fails to state a cause of action for which relief can be granted, or in the

alternative, dismissing plaintiff's claims against UHSI and UHI on the grounds that neither is a

proper party to this litigation, and for such other and further relief as this Court may deem just and

proper.

NY/523683v1

Dated:   New York, New York
        April 14, 2008

                                    Respectfully submitted,


                                    s/ _____

                                    MICHAEL H. BERNSTEIN (MB-0579)
                                    JOHN T. SEYBERT (JS-5014)
                                    SEDGWICK, DETERT, MORAN & ARNOLD LLP
                                    Attorneys for Defendants
                                    OXFORD HEALTH PLANS (NY), INC., UNITED
                                    HEALTHCARE SERVICES, INC. AND UNITED
                                    HEALTHCARE, INC.
                                    125 Broad Street, 39th Floor
                                    New York, New York 10004
                                    Telephone: (212) 422-0202

TO:    Eric B. Fisher Esq.
        Morgenstern, Fisher & Blue, LLC
        *Attorneys for Plaintiff*
        885 Third Avenue
        New York, New York 10022
        Tel. (212) 750-6776

## <u>CERTIFICATE OF SERVICE</u>

I, MICHAEL H. BERNSTEIN, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF MOTION** was served via ECF and Regular Mail on this 14th day of April, 2008, upon the following:

> Eric B. Fisher Esq.
> Morgenstern, Fisher & Blue, LLC
> 885 Third Avenue
> New York, New York 10022

s/ _____
MICHAEL H. BERNSTEIN (MB-0579)

Dated:    New York, New York
          April 14, 2008

NY/523683v1