**CERTIFICATE OF SERVICE**

      Alice Abell hereby certifies that on May 12, 2008, a true and correct copy of the *Plaintiff's Memorandum of Law in Opposition to Motion to Dismiss* was served by overnight courier upon the party listed below:

> John T. Seybert, Esq.
> Sedgwick, Detert, Moran & Arnold LLP
> 125 Broad St., 39th floor
> New York, NY  10004

                                                                       /s/ *Alice Abell*
                                                                     Alice Abell